IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARK A. SAUNDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1045 |
| | ) | Judge Trauger |
| AMERICAN INTERCONTINENTAL UNIVERSITY, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

## O R D E R

On October 3, 2014, the Magistrate Judge issued a Report and Recommendation, to which no timely objections have been filed.[1] It is therefore **ORDERED** that for the reasons expressed therein, the following are hereby **ORDERED**:

1. The plaintiff's Motion For Summary Judgment (Docket No. 13) is **DENIED**.

2. The defendant's Motion to Dismiss and to Compel Arbitration (Docket No. 25) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED.**

Enter this 5th day of November 2004.

_____
ALETA A. TRAUGER
U.S. District Judge

---

[1] On October 8, 2014, the plaintiff submitted additional documentary evidence "in support of the above-mentioned civil case." (Docket No. 34) This submittal does not constitute specific objections to the Report and Recommendation.